**LAW OFFICE OF MASAI MCDOUGALL**
MASAI McDOUGALL (SBN 305031)
 *Masaimcd@masailaw.com*
100 W Broadway, Suite 3000
Long Beach, California 90802
Phone:  (562) 731-0309
Facsimile: (562) 684-4520
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Kong,<br><br>        Plaintiffs,<br>vs.<br><br>Ernest Montel Miner, in individual and representative capacity as trustee of the Miner Family Trust, dated February 8, 1990; Marie M. Miner, in individual and representative capacity as trustee of the Miner Family Trust dated February 8, 1990; and Does 1-10,<br><br>        Defendants. | Case No: 2:18-cv-02790-R-(MRWx)<br><br>*Assigned for all purposes to the Hon. Manuel Real*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:        April 27, 2018<br>Current response date:   June 1, 2018<br>New response date:       June 29, 2018<br><br>Date Action filed:            April 5, 2018 |

## STIPULATION OF THE PARTIES

This Stipulation is entered into by and between Plaintiff Nehemiah Kong, and Defendants the Miner Family Trust, Ernest Montel Miner, and Marie M. Miner by and through their respective attorneys of record, as follows:

1. On April 27, 2018, Plaintiff served Defendant Ernest Montel Miner in his individual capacity and in his representative capacity as a trustee of the Miner Family Trust by substitute service on his wife, Defendant Marie Miner.  Mr. Miner's response is therefore currently set for June 1, 2018.

2. Plaintiff agrees that Defendant Ernest Montel Miner and the Miner Family Trust shall be granted an extension until June 29, 2018 to file a responsive pleading.

It is so STIPULATED.

Dated: May 25, 2018					**LAW OFFICE OF MASAI MCDOUGALL**


By: _____/s/ *Masai McDougall*_____
Masai McDougall, Esq.
*Attorneys for Defendants*
Ernest Montel Miner
Marie M. Miner
Miner Family Trust


Dated: May 25, 2018					**CENTER FOR DISABILITY ACCESS**


By: _____/s/ *Phyl Grace*_____
Phyl Grace, Esq.
*Attorneys for Plaintiff*
Nehemiah Kong

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS