**LAW OFFICE OF MASAI MCDOUGALL**
MASAI McDOUGALL (SBN 305031)
  *Masaimcd@masailaw.com*
100 W Broadway, Suite 3000
Long Beach, California 90802
Phone:  (562) 731-0309
Facsimile: (562) 684-4520
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Kong, | Case No: 2:18-cv-02790-R-(MRWx) |
|                 Plaintiffs, | |
| vs. | *Assigned for all purposes to the Hon. Manuel L. Real* |
| Ernest Montel Miner, in individual and representative capacity as trustee of the Miner Family Trust, dated February 8, 1990; Marie M. Miner, in individual and representative capacity as trustee of the Miner Family Trust dated February 8, 1990; and Does 1-10, | **ANSWER TO COMPLAINT** |
| | Dated: June 29, 2018 |
|                 Defendants. | Date Action Filed: April 5, 2018 |

## ANSWER TO COMPLAINT

COMES NOW, Milton Miner, under power of attorney for his mother Marie Miner, who is next of kin of his deceased father Ernest Miner, and COMES NOW, Milton Miner, as Trustee of the Miner Family Trust, and Answers Plaintiff's Complaint.

Defendants generally deny each and every allegation contained in Plaintiff's Complaint, except for those parts that are specifically admitted herein.  At all times relevant to the Complaint, no Defendant had any management authority over the premises and property identified by Plaintiff, nor did any Defendant take any

MASAI LAW
100 W Broadway, Suite 3000
Long Beach, California 90802

action or inaction with respect to the violations alleged by Plaintiff. Defendant Ernest Miner is deceased, and his wife Marie Miner is ninety-three years old, neither of whom had any relationship to the management, upkeep, or policy-making of the premises identified in Plaintiff's Complaint. Defendants, further, respond to each and every of Plaintiff's allegations as follows:

FACTUAL ALLEGATIONS

1.    Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

2.    Defendants deny the allegation.

3.    Defendants deny the allegation.

4.    Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

5.    Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

6.    Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

7.    Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

8.    Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

9.    Defendants lack knowledge or information sufficient to form a belief regarding the truth of the entirety of Plaintiff's allegation, but admit to the extent that Defendants are aware that business is conducted at the facility identified.

10.    Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

11.    Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

MASAI LAW
100 W Broadway, Suite 3000
Long Beach, California 90802

1    12.    Defendants lack knowledge or information sufficient to form a belief

2    regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

3    13.    Defendants deny the allegation.

4    14.    Defendants lack knowledge or information sufficient to form a belief

5    regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

6    15.    Defendants deny the allegation.

7    16.    Defendants deny the allegation.

8    17.    Defendants deny the allegation.

9    18.    Defendants lack knowledge or information sufficient to form a belief

10   regarding the truth of Plaintiff's allegation, and deny the allegation.  On

11   information and belief, the allegation misrepresents the number of parking spaces

12   available.

13   19.    Defendants lack knowledge or information sufficient to form a belief

14   regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

15   20.    Defendants lack knowledge or information sufficient to form a belief

16   regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

17   21.    Defendants lack knowledge or information sufficient to form a belief

18   regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

19   22.    Defendants deny the allegation.

20   23.    Defendants lack knowledge or information sufficient to form a belief

21   regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

22   24.    Defendants lack knowledge or information sufficient to form a belief

23   regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

24   25.    Defendants lack knowledge or information sufficient to form a belief

25   regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

26   26.    Defendants deny the allegation.

27   27.    Defendants incorporate each and every of their admissions and denials

28   previously stated herein.

MASAI LAW
100 W Broadway, Suite 3000
Long Beach, California 90802

ANSWER TO COMPLAINT

28. Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation. To the extent the allegation states a legal conclusion, Defendants do not have sufficient information to form a belief regarding its applicability.

29. Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation. To the extent the allegation states a legal conclusion, Defendants do not have sufficient information to form a belief regarding its applicability.

30. Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation. To the extent the allegation states a legal conclusion, Defendants do not have sufficient information to form a belief regarding its applicability.

31. Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation. To the extent the allegation states a legal conclusion, Defendants do not have sufficient information to form a belief regarding its applicability.

32. Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

33. Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation. To the extent the allegation states a legal conclusion, Defendants do not have sufficient information to form a belief regarding its applicability.

34. Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation. To the extent the allegation states a legal conclusion, Defendants also do not have sufficient information to form a belief regarding its applicability.

35. Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

4

MASAI LAW
100 W Broadway, Suite 3000
Long Beach, California 90802

36.   Defendants incorporate each and every of their admissions and denials herein, are unable to respond to the allegation to the extent it states a legal conclusion, and therefore deny the allegation.

37.   Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.  To the extent the allegation states a legal conclusion, Defendants also do not have sufficient information to form a belief regarding its applicability.

38.   Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

39.   Defendants lack knowledge or information sufficient to form a belief regarding the truth of Plaintiff's allegation, and therefore deny the allegation.

40.   Defendants deny the allegation.

PRAYER FOR RELIEF

41.    Defendants deny that injunctive relief is warranted because, on information and belief, the premises identified in Plaintiff's Complaint are in full compliance with law and applicable regulations.

42.   Defendants deny that statutory damages are warranted against any Defendant named in the Complaint because none of them had any management authority over the premises during the time period identified in Plaintiff's Complaint.

43.   Defendants deny that attorneys fees or other costs are warranted herein, as all violations identified were either already in compliance with law, or were voluntarily rectified upon receiving notice of their insufficiency.

**AFFIRMATIVE DEFENSES**

In further response to Plaintiff's Complaint, Defendants state that they have not yet had a full opportunity to complete their investigation and discovery in this matter, and therefore rely upon such of the following defenses as may prove

applicable, and reserve the right to amend this Answer to set forth additional defenses to Plaintiff's claims as they may later deem appropriate.

## FIRST AFFIRMATIVE DEFENSE

### (Lack of Causation)

1.    Defendants have not taken any action to cause the conditions alleged in Plaintiff's Complaint, nor are they responsible for any policies in place at the premises identified in Plaintiff's Complaint.

## SECOND AFFIRMATIVE DEFENSE

### (Statutory Compliance)

2.    On information and belief, each of the adverse conditions identified in Plaintiff's Complaint are in compliance with applicable law.

## THIRD AFFIRMATIVE DEFENSE

### (Mootness)

3.    On information and belief, any injunction issued by this Court would have no effect because each of the adverse conditions identified in Plaintiff's Complaint have been voluntarily remedied.

## FOURTH AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction)

4.    Plaintiff's Complaint presents no federal questions that must be resolved given that the adverse conditions have been remedied.

## FIFTH AFFIRMATIVE DEFENSE

### (Lack of Willfullness)

5.    Defendants have not intentionally or willfully taken any action to deprive Plaintiff of his rights under any applicable law.

//
//
//
//

MASAI LAW
100 W Broadway, Suite 3000
Long Beach, California 90802

MASAI LAW
100 W Broadway, Suite 3000
Long Beach, California 90802

## SIXTH AFFIRMATIVE DEFENSE

### (Lack of Authority)

6.    Defendants do not own the premises identified in Plaintiff's Complaint, and have no authority to implement any policy or take any action to address the conditions identified in Plaintiff's Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

### (Fault of Others)

7.    Each of the adverse conditions identified in Plaintiff's Complaint is the result of actions or inactions of individuals and entities other than Defendants.

## EIGHTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

8.    Defendants' actions or inactions in creating the adverse conditions identified in Plaintiff's Complaint are inconsequential when compared to the actions or inactions of individuals and entities responsible for the upkeep of the premises identified in Plaintiff's Complaint.

## NINTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

9.    Plaintiff is not entitled to an equitable award of injunctive relief because he had no intention of actually patronizing any of the medical offices located at the premises identified in his Complaint.

## TENTH AFFIRMATIVE DEFENSE

### (No Discrimination)

10.    Plaintiff was not discriminated against because he did not genuinely attempt to secure the services of a Dentist as alleged in his Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure to Comply With Cal. Code Civ. Proc. §§ 52-55)

11.    Plaintiff is not entitled to recovery under the Unruh Civil Rights Act because he has failed to comply with its substantive requirements.

**TWELFTH AFFIRMATIVE DEFENSE**

(Standing)

12.     Plaintiff lacks standing to pursue the causes of action pled because he is either not in the class of persons intended to be protected by the Americans with Disabilities Act, or he has not suffered the injury contemplated by that law.

Dated:  June 29, 2018                          **LAW OFFICE OF MASAI MCDOUGALL**

By:       /s/ *Masai McDougall*
Masai McDougall, Esq.
masaimcd@masailaw.com
100 W. Broadway, Suite 3000
Long Beach, CA 90802
(562) 731-0309 (phone)
(562) 684-4520 (fax)
*Attorneys for Defendants*

MASAI LAW
100 W Broadway, Suite 3000
Long Beach, California 90802

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MASAI LAW
100 W Broadway, Suite 3000
Long Beach, California 90802

## JURY DEMAND

Defendants, and each of them, hereby demand a trial by a jury of their peers on all issues so triable.

Respectfully submitted,

Dated: June 29, 2018

**LAW OFFICE OF MASAI MCDOUGALL**

By: /s/  Masai McDougall
Masai McDougall, Esq.
masaimcd@masailaw.com
100 W. Broadway, Suite 3000
Long Beach, CA 90802
(562) 731-0309 (phone)
(562) 684-4520 (fax)
*Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MASAI LAW
100 W Broadway, Suite 3000
Long Beach, California 90802

## **CERTIFICATE OF SERVICE**

I certify that on June 29, 2018, I electronically filed the foregoing Answer to Complaint, Affirmative Defenses, and Demand for Jury Trial with the Clerk of the Court for the Central District of California using the Court's CM/ECF system.

DATED:  June 29, 2018                    s/ Masai McDougall
                                                          MASAI McDOUGALL
                                                          *Attorney for Defendants*

10

ANSWER TO COMPLAINT