CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiffs

MASAI McDOUGALL (SBN: 305031)
Masaimcd@masailaw.com
LAW OFFICE OF MASAI MCDOUGALL
100 W Broadway, Suite 3000
Long Beach, CA 90802
Phone: (562) 731-0309
Facsimile: (562) 684-4520
Attorney for Defendants
Ernest Montel Miner and Marie M. Miner

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, | Case: 2:18-CV-02790-R-MRW |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| v. | |
| ERNEST MONTEL MINER, in individual and representative capacity as trustee of the Miner Family Trust dated February 8, 1990; MARIE M. MINER, in individual and representative capacity as trustee of the Miner Family Trust dated February 8, 1990; and Does 1-10, | |
| Defendants. | |

1

1

2                                        **<u>STIPULATION</u>**

3

4          Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

5    between the parties hereto that this action may be dismissed with prejudice

6    as to all parties; each party to bear his/her/its own attorneys' fees and costs.

7    This stipulation is made as the matter has been resolved to the satisfaction of

8    all parties.

9

10   Dated: May 31, 2019              CENTER FOR DISABILITY ACCESS

11

12                                    By: <u>/s/ Chris Carson</u>
                                          Chris Carson
13                                        Attorneys for Plaintiff

14   Dated: May 31, 2019              LAW OFFICE OF MASAI MCDOUGALL

15

16                                    By: <u>/s/ Masai McDougall</u>
                                          Masai McDougall
17                                        Attorney for Defendants
                                          Ernest Montel Miner and
18                                        Marie M. Miner

19

20

21

22

23

24

25

26

27

28

                                              2

1

2 **<u>SIGNATURE CERTIFICATION</u>**

3

4 I hereby certify that the content of this document is acceptable to Masai

5 McDougall, counsel for Ernest Montel Miner and Marie M. Miner, and that I

6 have obtained Mr. McDougall's authorization to affix his electronic signature

7 to this document.

8

9 Dated: May 31, 2019                    CENTER FOR DISABILITY ACCESS

10

11                                       By: /s/ Chris Carson
                                            Chris Carson

12                                          Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                    Case: 2:18-CV-02790-R-MRW